IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ERIC LAWSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 117-118 |
| | ) | |
| KELLY SPEIGHT; DAVID CADDEN; and BETH LOVE, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. On November 30, 2017, Plaintiff filed a Motion for Contempt of Court, but Plaintiff did not raise any objections to the Magistrate Judge's Report and Recommendation therein. (Doc. no. 11.) Accordingly, the Court **DENIES AS MOOT** Plaintiff's motion, (doc. no. 11), **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case for failure to state a claim, and **CLOSES** this civil action.

SO ORDERED this 5th day of December, 2017, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA